UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK HARPELL, et al, <br>     Plaintiffs | ) <br> ) <br> ) |
| V. | )   CIVIL NO. 1:05cv11288-RGS <br> ) |
| ANDREASSI BROTHERS, INC., <br>     Defendant | ) <br> ) |

## LR 16.1 JOINT STATEMENT

NOW COME the parties and submit their Joint Statement, pursuant to LR 16.1, as follows:

A.  Discovery

   <u>Joint Position</u>

   1. Plaintiff and Defendant to Answer Interrogatories

      1/1/06

   2. Plaintiff and Defendant Respond to Requests for Production of Documents

      1/1/06

   3. Depose Plaintiff

      2/1/06

   4. Depose Defendant

      4/1/06

   5. Plaintiff's Expert Disclosure

      6/1/06

   6. Depose Plaintiff's Expert

      7/1/06

   7. Defendant's Expert Disclosure

      8/1/06

   8. Depose Defendant's Expert

      9/1/06

   9. Complete all Depositions of Non-Party Witnesses

      10/1/06

   10. Close Discovery

       11/1/06

B.   Motions

   Joint Position

   1. Rule 14 Motions to Add 3rd Parties

      12/1/05

C.   Certification as to LR16.1(D)(3)

   Plaintiff's Position

   1. See Attached Certification

   Defendant's Position

   1. See Attached Certification

Mark Harpell,
By his attorney,


/s/ Terrence Garmey
Terrence Garmey, Esquire
 Smith, Elliott, Smith & Garmey, PC
7 Customs House St., 5th Floor
PO Box 442
Portland, ME  04112-0442

Andreassi Brothers, Inc.,
By its attorney,


/s/ Michael D. Urban
Michael D. Urban
B.B.O. No. 565757
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4618

DATED: September 9, 2005

## CERTIFICATE OF SERVICE

I, Michael D. Urban, attorney for the Defendant, Andreassi Brothers, Inc., in the above-entitled action, hereby certify that on or before September 9, 2005, I filed this document electronically with the Court and also mailed a copy of the within LR 16.1 Joint Statement, postage prepaid, to:

Terrence Garmey, Esquire
Smith, Elliott, Smith & Garmey, PC
7 Customs House St., 5th Floor
PO Box 442
Portland, ME  04112-0442

                                                          _____
Michael D. Urban
B.B.O. No.  565757
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4618

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                              UNITED STATES DISTRICT COURT

| | |
|---|---|
| MARK HARPELL, et al, ) | |
|    Plaintiffs ) | |
| ) | |
| V. ) | CIVIL NO. 1:05cv11288-RGS |
| ) | |
| ANDREASSI BROTHERS, INC., ) | |
|    Defendant ) | |

### LR 16.1(D)(3) CERTIFICATION

1. I, Richard Andreassi, on behalf of Defendant Andreassi Brothers, Inc., hereby certify that I have discussed with my counsel, Michael D. Urban, Esq., budgeting and alternate dispute resolution per LR 16.1(D)(3)(a) and (b).

2. I, Michael D. Urban, Esq., hereby certify that I have discussed with the Defendant, Andreassi Brothers, Inc., budgeting and alternate dispute resolution per LR 16.1(D)(3)(a) and (b).

Dated: 9/7/05

                                            Richard Andreassi for
                                            Andreassi Brothers, Inc.

Dated: 9/7/05

                                            Michael D. Urban
                                            B.B.O. No. 565757
                                            Law Offices of Jacqueline L. Allen
                                            262 Washington Street, Suite 601
                                            Boston, MA 02108
                                            617-878-4618
                                            michael.urban@cna.com

## CERTIFICATE OF SERVICE

I, Michael D. Urban, attorney for the Defendant, Andreassi Brothers, Inc., in the above-entitled action, hereby certify that on or before September 9, 2005, I filed this document electronically with the Court, which constitutes service under the Local Rules upon the following counsel:

Terrence Garmey, Esquire
Smith, Elliott, Smith & Garmey, PC
7 Customs House St., 5th Floor
PO Box 442
Portland, ME  04112-0442


/s/ Michael D. Urban
Michael D. Urban
B.B.O. No.  565757
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4618
Michael.urban@cna.com

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Mark Harpell**, of Town of Edgecomb, County of Sagadahoc, State of Maine and **Susan Harpell**, of Town of Edgecomb, County of Sagadahoc, State of Maine, individually and as Next Best Friend of **Erika Harpell**, A Minor,<br><br>     Plaintiffs<br>v.<br><br>**Andreassi Bros., Inc.**, of West Roxbury, County of Suffolk, Commonwealth of Massachusetts<br><br>     Defendant. | Civil No. 1:05cv11288-RGS |

**PLAINTIFFS' CERTIFICATION PURSUANT TO LR 16.1 (D)(3)**

  We, the undersigned, pursuant to LR 16.1 (D)(3), hereby certify that we have conferred regarding the costs of conducting a full course of litigation, as well as the costs associated with alternative courses of dispute resolution; and

  Hereby request, pursuant to LR 16.4(4), that a mediation of this matter be ordered by this Court for March of 2006.

  The parties are in agreement as to the proposed pretrial schedule, to which this certification is appended.


  _/s/Susan Harpell_____
  Susan Harpell, Individually and
  as Next Best Friend of
  Erika Harpell, a Minor


  _/s/Mark Harpell_
  Mark  Harpell

                                                               */s/Celine M. Boyle*_____
Terrence Garmey, Esquire
Celine M. Boyle, Esquire, MA Bar 551161
Attorneys for Plaintiffs, Mark Harpell,
Susan Harpell Individually and Susan
Harpell as Next Best Friend of Erika
Harpell, a Minor

SMITH, ELLIOTT, SMITH & GARMEY, P.A.
7 Custom House Street, 5th Floor
PO Box 442
Portland, ME  04112-0442
(207) 774-3199