UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Mark Harpell**, of Town of Edgecomb, County of Sagadahoc, State of Maine and <br> **Susan Harpell**, of Town of Edgecomb, County of Sagadahoc, State of Maine, individually and as Next Best Friend of **Erika Harpell**, A Minor, <br><br> Plaintiffs <br> v. <br><br> **Andreassi Bros., Inc.**, of West Roxbury, County of Suffolk, Commonwealth of Massachusetts <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. CV-05-11288-RGS |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.C.P. 41(a)(1), the Plaintiffs Mark Harpell, and Susan Harpell, individually and as Next Best Friend of Erika Harpell, by and through counsel, Smith Elliott Smith & Garmey, hereby requests this honorable Court to dismiss the above- entitled action with prejudice.

Dated: 2/23/06

/s/ Terrance D. Garmey, Esq.
Terrance D. Garmey, Esq. Bar # 185840
Celine M. Boyle, Esq.
Attorneys for Plaintiffs
7 Custom House Street
PO Box 442
Portland, ME 04112
(207) 774-3199

19262.0001

Dated:  3/10/06                                  /s/ Michael Urban, Esq._____
                                                  Michael Urban, Esq. BBO No. 656757
                                                  Law Office of Jacqueline L. Allen
                                                  262 Washington Street, Suite 601
                                                  Boston, MA  02108
                                                  617/878-4618

<u>Certificate</u>

I hereby certify that this **STIPULATION OF DISMISSAL** was served and filed electronically through ECF on March 10, 2006 on:

Terrance D. Garmey, Esq.
Celine M. Boyle, Esq.
7 Custom House Street
PO Box 442
Portland, ME 04112

                                                        /s/ Michael Urban, Esq._____
                                                        Michael Urban, Esq. BBO No. 656757
                                                        Law Office of Jacqueline L. Allen
                                                        262 Washington Street, Suite 601
                                                        Boston, MA  02108
                                                        617/878-4618

19262.0001